DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
DAVID M. FOX (Bar No. 305147)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:    (209) 473-6450
Facsimile:    (209) 473-6455
mweber@downeybrand.com
dfox@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM, <br><br> Plaintiff, <br><br> v. <br><br> ALL SAINTS REHAB PROPERTIES LLC, <br><br> Defendant. | Case No.  1:20-cv-00702-DAD-SKO <br><br> **ORDER** <br><br> (Doc. 14) |

On April 29, 2021, the Parties to this action filed a Stipulation to Continue Discovery Deadlines (Doc. 14), which, for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), is GRANTED. Based upon the Parties' Stipulation, the Scheduling Order (Doc. 10) is MODIFIED as follows:

| Event | New Deadline |
|---|---|
| Non-expert discovery cutoff | June 15, 2021 |
| Expert disclosure | July 15, 2021 |
| Rebuttal expert disclosure | August 16, 2021 |
| Expert discovery cutoff | September 15, 2021 |
| Dispositive and non-dispositive motion filing deadline | October 15, 2021 |
| Non-dispositive motion hearing deadline | November 17, 2021 |

| Pretrial Conference | March 14, 2022 at 2:30 p.m.[1] |

IT IS SO ORDERED.

Dated: **May 3, 2021**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] To afford the Court adequate time to rule on any dispositive motions, and for the parties to prepare for trial, the Pretrial Conference is continued.